United States District Court
Southern District of Texas
**ENTERED**
January 16, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAYNE LEVENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:17-cv-00109 |
| | § | |
| JEFF LOVE, individually, and d/b/a | § | |
| Affliction Airboats, *et al.*, | § | |
| Defendants. | § | |

### AGREED FINAL JUDGMENT

Before this Court is the "Motion for Entry of Agreed Judgment and Enforcement of Settlement Terms" (Docket No. 34) (hereafter the "Motion"), filed by Layne Levens (hereafter "Plaintiff") and Jeff Love, individually and d/b/a Affliction Airboats; Jamee Love, individually and d/b/a Affliction Airboats; Affliction Airboats of Florida, Inc.; and Jeff Love Affliction Airboats, LLC (hereafter "Defendants", together with Plaintiff, collectively, the "Parties"). The Parties have announced to the Court that all matters in controversy between the Parties have been resolved, and the parties desire that this cause be disposed of by entry of this AGREED JUDGMENT and the attached installment agreement.

WHEREAS, Plaintiff and the undersigned Defendants agree that they have entered into a settlement agreement attached as EXHIBIT A to this judgment to effectuate and enforce settlement.

WHEREAS, Plaintiff and the undersigned Defendants agree that Defendants are indebted to Plaintiff in the amount of Sixty-one Thousand Fifty-eight and 77/100ths ($61,058.77) Dollars, plus accruing judgment interest from date of this Judgment at the rate of Five percent (5%), applicable only in the event of default of the Payment agreement attached as

EXHIBIT A.

WHEREAS, Plaintiff and the Defendants agree that they have entered into an installment agreement for monthly payments in the amount of Three Thousand Three Hundred Ninety-two and 19/100ths ($3,392.19) Dollars to be paid over an 18-month period beginning on the date of execution of the installment agreement.

WHEREAS, Plaintiff and the undersigned Defendants agree that this AGREED JUDGMENT will only be executed upon in the event of default on parties' payment agreement after the expiration of the all grace periods contained therein.

WHEREAS, Plaintiff and Defendants agree and this Court hereby **ORDERS** that the remaining defendant, Heather Todd, be **DISMISSED WITHOUT PREJUDICE** from this complaint and not subject to this AGREED JUDGMENT.

NOW, THEREFORE, this Court hereby **ORDERS** that Plaintiff Layne Levens recover from Defendants Jeff Love, Individually And d/b/a Affliction Airboats; Jamee Love, Individually And d/b/a Affliction Airboats; Affliction Airboats Of Florida, Inc.; and Jeff Love Affliction Airboats, LLC, Jointly and Severally Liable, judgment for the following:

1. Sixty-one Thousand Fifty-eight and 77/100ths ($61,058.77) Dollars, jointly and severally as to each Defendant;

2. Post-judgment interest at the rate of Five (5%) Percent per year on the total judgment from the date of judgment until paid in the event of default on the installment agreement referenced herein; and

3. Court costs related to the enforcement of this AGREED JUDGMENT, including any attorney fees accrued in the enforcement of the judgment.

This AGREED JUDGMENT is final and disposes of all parties and claims and is appealable. Plaintiff shall have all writs of execution and other process necessary to enforce this AGREED JUDGMENT.

This Court is also in receipt of "Lance Christopher Kassab, P.C. D/B/A The Kassab Law Firm, Lance Christopher Kassab and David Eric Kassab's Motion to Withdraw" (Docket No. 33) ("Motion to Withdraw"), which was filed the same day as the instant Motion. Said Motion to Withdraw is hereby **GRANTED**.

The Clerk of the Court is hereby **ORDERED** to close the case.

SIGNED on this __16th__ day of __January__, 2018, in Brownsville, Texas.

_____
Rolando Olvera
United States District Judge